IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

Case No.: 04-20127 D

**JEROME REED,**

Defendant.

## ORDER

Before the Court is the motion of the Government for reconsideration. Upon review of the motion and the case as a whole, the Court find that the Government has demonstrated cause for reconsideration.

Accordingly, Plaintiff's motion is GRANTED and the Clerk is directed to set a hearing on reopened proof in this matter.

**IT IS SO ORDERED** this 23rd day of May, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:04-CR-20127 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT