IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 04-20127-D |
| JEROME REED, | * | |
| Defendant. | * | |

## ORDER GRANTING DEFENDANT'S MOTION
## TO WITHDRAW CONDITIONAL GUILTY PLEA

Upon motion of the Defendant, Jerome Reed, and it appearing that said motion is well-taken and should be granted, the motion to withdraw his conditional guilty to the Indictment in the above-stated matter is hereby **GRANTED**.

It is so **ORDERED**, this the 29 day of July 2005.

Honorable Bernice Donald
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:04-CR-20127 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT