IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 25 PM 3:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 04-20127-D |
| vs. | ) | |
| | ) | |
| JEROME REED, | ) | 18 U.S.C. § 922(g) |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING INDICTMENT

Upon Motion of the United States of America, pursuant to Fed. R. Crim. P. 48, to dismiss indictment 04-20127 returned against JEROME REED on March 16, 2004, it is hereby ORDERED, ADJUDGED AND DECREED THIS 25 day of August 2005 that the indictment herein is dismissed.

UNITED STATES DISTRICT JUDGE

DATE: 8/25/05

APPROVED: _____
Katrina U. Earley
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103
(#019367 Tennessee)

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CR-20127 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT